IN THE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**Roy Lee Williams**, *Plaintiff*,
S.C.I. Phoenix, #CF4784
1200 Mokychic Drive
Collegeville, PA 19426

CIVIL ACTION

*versus*

No. _____

**John E. Wetzel**, *Defendant*,
individually, in his official capacity as
Secretary, Pa. Dept. of Corrections,
1920 Technology Parkway
Mechanicsburg, PA 17050

Jury Trial Demanded

## Summons

TO: John E. Wetzel

You are hereby summoned and required to serve upon Plaintiff Roy Lee Williams, whose mailing address is: Roy L. Williams, SmartCom./PADOC, SCI Phoenix, #CF4784, Box 33028, St. Petersburg FL 33733, an answer to the complaint that is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. **If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.**

Date: 3/10/2021

PRIORITY MAIL

neopost
03/10/2021
US POSTAGE $009.05
ZIP 19426
041M12252211

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

U.S.M.S. X-RAY

ROY LEE WILLIAMS
S.C.I. Phoenix, #CF4784
1200 Mokychic Drive
Collegeville, PA 19426

KATE BARKMAN, Clerk
Federal Courthouse,
601 Market Street
Philadelphia, PA 19106-1797



PRIORITY MAIL
TRACKED ★ INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107R, May 2014



NEOPOST
UNITED STATES POSTAL SERVICE
USPS TRACKING #
9488 8178 9820 3207 3007 84
Label 888-NP, Nov. 2014