IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROY LEE WILLIAMS,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-1248** |
| | : | |
| **JOHN E. WETZEL**, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this **17th** of **March, 2021**, because Plaintiff Roy Lee Williams has failed to file a certified copy of his prisoner account statement for the six-month period prior to the filing of this civil action on March 11, 2021, as required by 28 U.S.C. § 1915(a)(2), it is **ORDERED** that:

    1.    Williams's Motion to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.

    2.    If Williams seeks to proceed *in forma pauperis*, he shall, within thirty (30) days of the date of this Order, file a certified copy of his prisoner account statement showing all deposits, withdrawals, and a current balance, from any correctional facility in which he was confined during the time period from September 11, 2020 through March 11, 2021.  Alternatively, Williams can proceed by submitting $402 (comprising the $350 filing fee and $52 administrative fee) to the Clerk of Court within thirty (30) days of the date of this Order.

    3.    If Williams is ultimately granted leave to proceed *in forma pauperis*, he will be obligated to pay the $350 filing fee in installments pursuant to 28 U.S.C. § 1915(b), even if this case is dismissed.  He will not be entitled to the return of any payments made toward the fee.

4. If Williams fails to comply with this Order, this case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO,   J.**