IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 4/1/2021

TO: Court Deputy to Judge __Robreno__

FROM: U.S. Marshal Service

SUBJECT: Status Report on Request for U.S.M. 285 Form

__21-1248__                           __Williams v. Wetzel__
CIVIL CASE NUMBER                      CASE TITLE

---

☒ INITIAL NOTICE MAILED    __4/1/2021__
                            DATE

☐ SECOND NOTICE MAILED    _____
                            DATE

☐ THIRD NOTICE MAILED     _____
                            DATE

☐ OTHER _____

__M. Shelinsky__
U S Marshal Service