IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROY LEE WILLIAMS** | : | **CIVIL ACTION** |
| **v.** | : | |
| **JOHN E. WETZEL**<br>*individually, in his official capacity as Secretary, Pa Dept. of Corrections* | : | **NO.: 21-cv-01248** |

## O R D E R

**AND NOW**, this 7TH day of **APRIL 2021**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is the Honorable Richard A. Lloret.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*

**KATE BARKMAN**
Clerk of Court