U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: ROY LEE JILLIANS | COURT CASE NUMBER: 21-1248 |
| DEFENDANT: JOHN E. WETZEL | TYPE OF PROCESS: CIVIL ACTION 1983-TITLE II |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: JOHN E. WETZEL, SECRETARY PA. DEP'T OF CORR.
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1920 TECHNOLOGY PARKWAY, MECHANICSBURG, PA 17050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
ROY LEE JILLIANS, S.C.I. PHOENIX, #CF6786
1200 MOKYCHIC DRIVE, COLLEGEVILLE, PA 19426

- Number of process to be served with this Form 285: ONE
- Number of parties to be served in this case: ONE
- Check for service on U.S.A.:

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

Name and title of individual served: STACY SENTZ, ADMIN. OFFICER
Date: 5/6/21   Time: 1410 pm
Signature of U.S. Marshal or Deputy: J. GOLAB #30229

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $65.00 | $11.20 | 8.00 | | | |

REMARKS:
ENDEAVOR #1- SUCCESSFUL- 1 DUSM/ 1 HR - SERVED TO ABOVE NAMED ADMIN. OFFICER @ ADDRESS LISTED;
$65 HR + 20 MILES x .56/MILE = 11.20 + 8.00 FORWARDING FEE = $84.20

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18