

# United States District Court
## for the Eastern District of Pennsylvania

| | |
|---|---|
| **Roy Lee Williams**, *pro se*, Plaintiff, v. **John E. Wetzel**, *et al.*, Defendant. | Hon. Richard A. Lloret, U.S. Magistrate  No. 21-CV-01248 § 1983 CIVIL ACTION |

## Motion for Default Judgment

Plaintiff Roy Lee Williams moves the Court to enter a default judgment against defendants John E. Wetzel, and Pa. Dep't of Corrections for nominal, compensatory, and punitive damages and states:

1. A default has been entered against defendant for failure to answer or otherwise defend in the above-entitled matter.

2. Defendant Wetzel is not in the military service of the United States, as shown by the attached declaration.

_____  
Roy Lee Williams, *pro se*  
SCI Phoenix, #CF 4784  
1200 Mokychic Drive  
Collegeville, PA 19426

6/1/21  
Date



IN THE
United States District Court
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| **Roy Lee Williams**, *pro se*,<br>Plaintiff,<br>v.<br>**John E. Wetzel**,<br>Defendant. | ♦<br>♦<br>♦<br>♦<br>♦<br>♦ | Hon. Richard A. Lloret,<br>U.S. Magistrate<br><br>No. 21-CV-01248<br>§ 1983 CIVIL ACTION |
| **Declaration as to Military Service** | | |

COMES NOW, plaintiff Roy Lee Williams, and avers as follows:

**1.** I am the *pro se* plaintiff in the above-entitled matter. I make this declaration pursuant to the requirements of the Soliders' and Sailors' Civil Relief Act, 50 U.S.C. Appx. § 520.

**2.** The Defendant John E. Wetzel has been Secretary of the Pennsylvania Department of Corrections since December 2010. *See* Pa. Dep't of Corr., Overview "Office of the Secretary" @ http://www.cor.pa.gov

**3.** Based on that fact, the plaintiff is convinced that defendant Wetzel is not in the military service of the United States.

**4.** Pursuant to 28 U.S.C. § 1746, I declare under penalty that the foregoing is true and correct.

*/s/ R. L. Williams*  6/1/21
**Roy Lee Williams**, *pro se*                          Date
SCI Phoenix, #CF 4784
1200 Mokychic Drive
Collegeville, PA 19426



IN THE
# United States District Court
## for the Eastern District of Pennsylvania

| | |
|---|---|
| **Roy Lee Williams,** *pro se,*<br>Plaintiff,<br>v.<br>**John E. Wetzel,** *et al.*,<br>Defendant. | Hon. Richard A. Lloret,<br>U.S. Magistrate<br><br>No. 21-CV-01248<br>§ 1983 CIVIL ACTION |

## Declaration in Support
## of Entry of Default

Plaintiff Roy Lee Williams states:

1. I am the *pro se* plaintiff in the above-entitled matter

2. The defendants John E. Wetzel and the Pa. Dep't of Corrections were served with a copy of the summons and complaint on May 6, 2021. *See* proof of service (Doc. # 10.)

3. Defendants have not filed or served an answer or taken other action as may be permitted by law although more than **26** days have passed since the date of service.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____           6/1/21
**Roy Lee Williams,** *pro se*              **Date**
SCI Phoenix, #CF 4784
1200 Mokychic Drive
Collegeville, PA 19426



## IN THE
## United States District Court
## for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| **Roy Lee Williams**, *pro se*, <br> Plaintiff, <br> v. <br> **John E. Wetzel**, *et al.*, <br> Defendants. | ❖<br>❖<br>❖<br>❖<br>❖<br>❖<br>❖ | Hon. Richard A. Lloret, <br> U.S. Magistrate <br><br> No. 21-CV-01248 <br> § 1983 CIVIL ACTION |

## Notice of Motion for Default Judgment

TO John E. Wetzel, Secretary, and Pa. Dep't of Corrections:

**PLEASE TAKE NOTICE** that plaintiff will make application to the Court for entry of a default judgment in favor of plaintiff and against you for damages.

_____        6/1/21
**Roy Lee Williams**, *pro se*          **Date**
SCI Phoenix, #CF 4784
1200 Mokychic Drive
Collegeville, PA 19426



# IN THE
# United States District Court
## for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| **Roy Lee Williams**, *pro se*,<br>Plaintiff,<br>v.<br>**John E. Wetzel**, *et al.*,<br>Defendant. | : : : : : : : | Hon. Richard A. Lloret,<br>U.S. Magistrate<br><br>No. 21-CV-01248<br>§ 1983 CIVIL ACTION |

## Proof of Service

Plaintiff Roy Lee Williams hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that true and correct copies of his **Motion for Default Judgement, Declaration as to Military Service, Declaration in Support of Entry of Default**, and **Notice of Motion for Default Judgment**, have been properly served on the following persons, on the date indicated, by first-class U.S. Mail (postage pre-paid):

John E. Wetzel, Secretary
1920 Technology Parkway
Mechanicsburg, PA 17050

Pa. Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050


*/s/ Roy L. Williams*                                          6/1/21
**Roy Lee Williams**, *pro se*                              **Date**
SCI Phoenix, #CF 4784
1200 Mokychic Drive
Collegeville, PA 19426

Name: Roy L. Williams
Number: CF-4784
Box 244
Collegeville, PA 19426-0244

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
06/01/2021
US POSTAGE $

Clerk of the Court
United States District Court
for the Eastern District of Pa.
James A. Byrne Federal Courthouse
601 Market St., Rm. 2609
Philadelphia, PA 19106-1797

U.S.M.S. X-RAY

19106\$1732 C019