IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. WETZEL, | : | |
| Defendant. | : | NO. 21-1248 |

## DEFENDANT JOHN WETZEL'S ANSWER TO THE COMPLAINT

Defendant John Wetzel, Secretary of the Pennsylvania Department of Corrections, by the undersigned counsel, hereby answers Plaintiff's Complaint as follows:

### PRELIMINARY STATEMENT

1. These allegations constitute conclusions of law to which no response is required.

2. These allegations constitute conclusions of law to which no response is required.

3. These allegations constitute conclusions of law to which no response is required.

4. Defendant lacks sufficient knowledge or information to either admit or deny the allegations regarding Plaintiff's mental health diagnosis; they are thus denied. The remaining allegations constitute conclusions of law to which no response is required.

5. Defendant lacks sufficient knowledge or information to either admit or deny the allegations regarding Plaintiff's mental health diagnosis; they are thus denied.

6. These allegations constitute conclusions of law to which no response is required.

7. These allegations constitute conclusions of law to which no response is required.

8. These allegations constitute conclusions of law to which no response is required.

9. These allegations constitute conclusions of law to which no response is required.

10. These allegations constitute conclusions of law to which no response is required.

11. These allegations constitute conclusions of law to which no response is required.

## JURISDICTION AND VENUE

12. These allegations constitute conclusions of law to which no response is required.

13. These allegations constitute conclusions of law to which no response is required.

14. These allegations constitute conclusions of law to which no response is required.

## PARTIES

15. Admitted that Plaintiff Roy Lee Williams is a 56-year-old inmate. Defendant lacks sufficient knowledge or information to either admit or deny the allegations regarding Plaintiff's mental health diagnosis. The remaining allegations are denied.

16. Admitted that Defendant Wetzel is the Secretary of the Pennsylvania Department of Corrections. The remaining allegations constitute conclusions of law to which no response is required.

17. These allegations constitute conclusions of law to which no response is required.

## FIRST CAUSE OF ACTION
### Violation of U.S. Constitution, Amendments XIII and XIV

18. This cause of action was dismissed by Order of the Court, issued April 1, 2021. (ECF No. 7.) Thus, these allegations do not require response.

19. This cause of action was dismissed by Order of the Court, issued April 1, 2021. (ECF No. 7.) Thus, these allegations do not require response.

20. This cause of action was dismissed by Order of the Court, issued April 1, 2021. (ECF No. 7.) Thus, these allegations do not require response.

21. This cause of action was dismissed by Order of the Court, issued April 1, 2021. (ECF No. 7.) Thus, these allegations do not require response.

22. This cause of action was dismissed by Order of the Court, issued April 1, 2021.

(ECF No. 7.) Thus, these allegations do not require response.

## SECOND CAUSE OF ACTION
### Violations of 42 U.S.C. §§ 12143 and 12143 (Title II of the Americans with Disabilities Act) and the Fourteenth Amendment of the United States Constitution

23. These allegations constitute conclusions of law to which no response is required.

24. These allegations constitute conclusions of law to which no response is required.

25. These allegations constitute conclusions of law to which no response is required.

26. These allegations constitute conclusions of law to which no response is required.

27. These allegations constitute conclusions of law to which no response is required.

28. These allegations constitute conclusions of law to which no response is required.

## AFFIRMATIVE DEFENSES

1. The ADA claim is barred by the statute of limitations.

2. The ADA claim is barred for failure to exhaust administrative remedies.

                JOSH SHAPIRO
                ATTORNEY GENERAL

BY:   /s/ Kathy A. Le
       KATHY A. LE

Office of Attorney General       Deputy Attorney General
1600 Arch Street, Suite 300     Attorney I.D. No. 315677
Philadelphia, PA 19103
Phone: (215) 560-2141         KAREN M. ROMANO
Fax:   (717) 772-4526         Chief Deputy Attorney General
                                        Chief, Civil Litigation Section

                                        Counsel for Defendant Wetzel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. WETZEL, | : | |
| Defendant. | : | NO. 21-1248 |

## CERTIFICATE OF SERVICE

I, Kathy A. Le, hereby certify that on June 22, 2021, Defendant Wetzel's Answer to the Complaint has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF"). The ECF System's electronic service of the Notice of Electronic Case Filing constitutes service on all parties who have consented to electronic service. I further certify that, on this date, I caused to be served a true and correct copy of the foregoing document titled Notice of Removal to Roy Lee Williams, Inmate No. CF-4768, *pro se* Plaintiff, via hand delivery through the Department of Corrections. This alternative method of service is being used due to the COVID-19 emergency.

BY:  /s/ Kathy A. Le
     KATHY A. LE
     Deputy Attorney General