IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY LEE WILLIAMS, | : CIVIL ACTION |
| | : NO. 21-1248 |
| Plaintiff, | : |
| v. | : |
| JOHN E. WETZEL, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this **12th** day of **July, 2021,** following a telephone hearing on the same date, it is hereby **ORDERED**, for the reasons stated on the record, that:

1. Plaintiff's Motion for Default Judgment (ECF No. 11) is **DENIED;** and

2. Plaintiff's Motion for Partial Summary Judgment (ECF No. 12) is **DENIED without prejudice** as premature.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**