IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. WETZEL, | : | |
| Defendant. | : | NO. 21-1248 |

**DEFENDANT JOHN WETZEL'S AMENDED ANSWER TO THE COMPLAINT**

Defendant John Wetzel, Secretary of the Pennsylvania Department of Corrections, by the undersigned counsel, pursuant to the Court's April 1, 2021 Schedule Order (ECF No. 7), hereby amends[1] his answers to Plaintiff's Complaint as follows:

**PRELIMINARY STATEMENT**

1. These allegations constitute conclusions of law to which no response is required.

2. These allegations constitute conclusions of law to which no response is required.

3. These allegations constitute conclusions of law to which no response is required.

4. Defendant lacks sufficient knowledge or information to either admit or deny the allegations regarding Plaintiff's mental health diagnosis; they are thus denied. The remaining allegations constitute conclusions of law to which no response is required.

5. Defendant lacks sufficient knowledge or information to either admit or deny the allegations regarding Plaintiff's mental health diagnosis; they are thus denied.

6. These allegations constitute conclusions of law to which no response is required.

7. These allegations constitute conclusions of law to which no response is required.

---

[1] Amended answers are shown in bold italics.

8. These allegations constitute conclusions of law to which no response is required.

9. These allegations constitute conclusions of law to which no response is required.

10. These allegations constitute conclusions of law to which no response is required.

11. These allegations constitute conclusions of law to which no response is required.

## JURISDICTION AND VENUE

12. These allegations constitute conclusions of law to which no response is required.

13. These allegations constitute conclusions of law to which no response is required.

14. These allegations constitute conclusions of law to which no response is required.

## PARTIES

15. Admitted that Plaintiff Roy Lee Williams is a 56-year-old inmate. Defendant lacks sufficient knowledge or information to either admit or deny the allegations regarding Plaintiff's mental health diagnosis. The remaining allegations are denied.

16. Admitted that Defendant Wetzel is the Secretary of the Pennsylvania Department of Corrections. The remaining allegations constitute conclusions of law to which no response is required.

17. These allegations constitute conclusions of law to which no response is required.

## FIRST CAUSE OF ACTION
### Violation of U.S. Constitution, Amendments VIII and XIV[2]

18. *Admitted*.

19. *These allegations constitute conclusions of law to which no response is required.*

---

[2] *The cause of action based on the 14th Amendment was dismissed by Order of the Court, issued April 1, 2021 (ECF No. 7).*

20. *These allegations constitute conclusions of law to which no response is required.*

21. *These allegations constitute conclusions of law to which no response is required.*

22. *These allegations constitute conclusions of law to which no response is required.*

## SECOND CAUSE OF ACTION
**Violations of 42 U.S.C. §§ 12143 and 12143 (Title II of the Americans with Disabilities Act) and the Fourteenth Amendment of the United States Constitution**

23. *Admitted.*

24. These allegations constitute conclusions of law to which no response is required.

25. These allegations constitute conclusions of law to which no response is required.

26. These allegations constitute conclusions of law to which no response is required.

27. These allegations constitute conclusions of law to which no response is required.

28. These allegations constitute conclusions of law to which no response is required.

## AFFIRMATIVE DEFENSES

1. *The claims are barred by the statute of limitations.*

2. *The claims are barred for failure to exhaust administrative remedies.*

JOSH SHAPIRO
ATTORNEY GENERAL

BY:   /s/ Kathy A. Le
KATHY A. LE
Deputy Attorney General
Attorney I.D. No. 315677

Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2141
Fax:    (717) 772-4526

KAREN M. ROMANO
Chief Deputy Attorney General
Chief, Civil Litigation Section

Counsel for Defendant Wetzel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. WETZEL, | : | |
| Defendant. | : | NO. 21-1248 |

**CERTIFICATE OF SERVICE**

I, Kathy A. Le, hereby certify that on July 22, 2021, Defendant Wetzel's Amended Answer to the Complaint has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF"). The ECF System's electronic service of the Notice of Electronic Case Filing constitutes service on all parties who have consented to electronic service. I further certify that, on this date, I caused to be served a true and correct copy of the foregoing document titled Notice of Removal to Roy Lee Williams, Inmate No. CF-4768, *pro se* Plaintiff, via hand delivery through the Department of Corrections. This alternative method of service is being used due to the COVID-19 emergency.

BY:   /s/ Kathy A. Le
KATHY A. LE
Deputy Attorney General