THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. WETZEL, | : | |
| Defendant. | : | NO. 21-1248 |

**ORDER**

AND NOW, this      day of              , 2022, upon consideration of Defendant's Motion for an Extension of Time to File Motion for Summary Judgment, it is hereby ORDERED that the Motion is GRANTED and the deadline is extended by twenty-one days.

BY THE COURT:

_____

Robreno, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. WETZEL, | : | |
| Defendant. | : | NO. 21-1248 |

**DEFENDANT'S MOTION FOR AN EXTENSION
OF TIME TO FILE DISPOSITIVE MOTIONS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant John Wetzel, by undersigned counsel, moves the Court to grant an extension until January 31, 2022 in which to file dispositive motions. Defendant relies on the following reasons for this request:

1. On July 12, 2021, the Court entered a Scheduling Order, setting a deadline for Defendant to file a motion for summary judgment by January 10, 2022. (ECF No. 18.)

2. Plaintiff was deposed on November 7, 2021.

3. Due to delays with the court reporting service, Defendant has still not received the transcript for Plaintiff's deposition. The court reporting service promised the transcript this week, but at this time counsel has still not received the transcript.

4. As a result, Defendant needs additional time to prepare the motion for summary judgment.

5. This Motion is not made with dilatory intent.

WHEREFORE, Defendant prays for an order granting an extension of twenty-one (21) days in which to file defendant's motion for summary judgment.

Respectfully submitted,

3

|  |  |  |
|---|---|---|
|  |  | JOSH SHAPIRO<br>Attorney General |
|  | BY: | /s/ Kathy A. Le<br>KATHY A. LE |
| Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103 |  | Deputy Attorney General<br>Attorney I.D. No. 315677 |
| Phone: (215) 560-2141<br>Fax:   (717) 772-4526 |  | KAREN M. ROMANO<br>Chief Deputy Attorney General<br>Civil Litigation Section |
|  |  | Counsel for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, | : | |
| | : | |
| Defendant. | : | NO. 21-12483 |

**CERTIFICATE OF SERVICE**

I, Kathy Le, hereby certify that on January 6, 2022, Defendant's Motion for an Extension of Time to File Dispositive Motions was filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System. Additionally, I caused to be served a true and correct copy of the foregoing document via United States first class mail to:

Smart Communications/PA DOC
Roy Lee Williams/CF-4768
SCI-Phoenix
PO Box 33028
St Petersburg, Florida 33733

                                       BY:   /s/ Kathy A. Le
                                                           Kathy A. Le