```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROY LEE WILLIAMS,                    :    CIVIL ACTION
                                     :    NO. 21-1248
        Plaintiff,                   :
                                     :
    v.                               :
                                     :
JOHN E. WETZEL,                      :
                                     :
        Defendant.                   :
```

## **SECOND SCHEDULING ORDER**

**AND NOW**, this **7th** day of **January, 2022,** upon consideration of Defendant's request to extend case management deadlines and for good cause shown, it is hereby **ORDERED** that the First Scheduling Order (ECF No. 18) is **MODIFIED** as follows:

1. All attorneys appearing before Judge Robreno must be registered on ECF. All official filings submitted to the Clerk of Court must be filed directly by the attorney onto ECF. All orders, opinions, and other docket entries generated from chambers will likewise be filed directly onto ECF. Notice of these chamber entries will be communicated to counsel either by ECF or ordinary mail.

2. Defendant is afforded until **January 28, 2022,** to file any motions for summary judgment. Defendant shall attach the entire transcript of Plaintiff's deposition to any such motion.

3. If a motion for summary judgment is filed, Plaintiff has until **April 4, 2022,** to either file a response to that motion or to supply the Court with an affidavit pursuant to Federal Rule of Civil Procedure 56(d).[1]

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] In that affidavit, Plaintiff may explain to the Court that he is unable to present facts essential to justify his opposition to the motion, specifying the additional evidence he needs and why it is essential. See Fed. R. Civ. P. 56(d). If Plaintiff demonstrates that he is unable to oppose Defendant's motion without further information, the Court may, at that point, order additional discovery.