IN THE
## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Roy Lee Williams**, Plaintiff, | : | The Hon. Eduardo Robreno |
| v. | : | No. 21-CV-01248 |
| **John E. Wetzel** et al., Defendants. | : | § 1983 Civil Rights |

### Motion for Judgment on the Pleadings

COMES NOW, Plaintiff Roy Lee Williams, moving this Honorable Court to grant judgement on the pleadings.

### Argument

In the defendants' answer to the plaintiff's complaint, they responded to numerous paragraphs that were clearly allegations of fact by asserting that no response was necessary because the allegations were conclusions of law.

A representative example can be seen in ¶ 24 of the complaint and the corresponding paragraph in the defendants' answer. In that paragraph, Williams alleges that the DOC "denied the Plaintiff the opportunity to participate in and benefit from correctional services and activities, such as classification, security, housing, and mental health services." The defendants answered this averment by stating, "These allegations constitute conclusions of law to which no response is required." ¶ 24, Defs. Amended Answer.

Under Rule 8(b) of the Federal Rules of Civil Procedure, a party responding to a pleading must "state in short and plain terms its defenses to each claim asserted against it . . . and admit or deny the allegations asserted against it by an opposing party." Fed. R.Civ.P. 8(b). "A denial must fairly respond to the substance of the allegation," and "[a]n

allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied." Id. "Rule 8(b) permits a party a only three ways to respond to an allegation: (1) admit it (2) deny it or (3) state that the party lacks knowledge or information sufficient to form a belief about the truth of the allegation." *Kegerise v. Susquehanna Twp. Sch. Dist.*, 321 F.R.D. 121, 124 (M.D. Pa. 2016).

The defendants' response to paragraph 24 and other numerous paragraphs fall well short of what is required by Rule 8. The defendants could have adequately responded to ¶¶ 4,5 either through their own personal knowledge or through a reasonable investigation of their own files. Under Rule 8, they were required to do so. The defendants cannot evade that responsibility by asserting that allegations of fact are conclusions of law and that no response is required.

Accordingly, the factual allegations in ¶¶ 4, 5, 19–21, and 24–26 should be deemed admitted. *See, e.g., United States Use of Authomatic Sprinkler Corp. v. Merritt-Chapman & Scott Corp.*, 305 F.2d 121, 123 (3d Cir. 1962) ("Since the Answer fails to deny the quoted allegations of the Complaint, they are deemend admitted.")

The defendants' blanket denials of factual allegations as conclusions of law actively hindered this Court's ability to decide the case on the merits. The plaintiff is therefore entitled to judgment on the pleadings.

The defendants admit that plaintiff is "unable to challenge his placement in solitary confinement". *Porter v. Wetzel*, 974 F.3d 431, 436-7 (3d Cir. 2020).

Plaintiff filed this suit within two years of his release from solitary confinement that is, within two years of the defendants ceasing their continuing practice of violating the plaintiff's rights. See *Johnston v. Wetzel*, 431 F. Supp. 3d 666, 676 n.7 (2019 W.D. Pa.)

Respectfully submitted,

*R. L. Williams*                                   Jan. 11, 2022
**Roy Lee Williams**                               Date
SCI Phoenix, #CF4784                               SCI Phoenix, #CF4784
1200 Mokychic Drive                                P.O. Box 33028
Collegeville, PA 19426                             St. Petersburg, FL 33733
[address used by the Court]                        ★[address used by the parties]★

IN THE
# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Roy Lee Williams,** Plaintiff, | : : : | The Hon. Eduardo Robreno |
| v. | : : : | No. 21-CV-01248 |
| **John E. Wetzel** et al., Defendants. | : : | § 1983 Civil Rights |

## Certificate of Service

Plaintiff Roy Lee Williams hereby certifies, under penalty of 28 U.S.C. § 1746, that he has served a copy of the foregoing Motion for Judgment on the Pleadings on counsel for the Defendants, via first-class U.S. Mail (postage prepaid):

Kathy A. Le, Esq.
Office of the Attorney General
1600 Arch St, Ste. 300
Philadelphia, PA 19103

Respectfully submitted,

| | |
|---|---|
| /s/ R. L. Williams | Jan. 11, 2022 |
| **Roy Lee Williams** | **Date** |
| SCI Phoenix, #CF4784 | SCI Phoenix, #CF4784 |
| 1200 Mokychic Drive | P.O. Box 33028 |
| Collegeville, PA 19426 | St. Petersburg, FL 33733 |
| [address used by the Court] | ★[address used by the parties]★ |

