EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROY LEE WILLIAMS,                    :              CIVIL ACTION
                                     :
      Plaintiff,                     :
                                     :
      v.                             :
                                     :
JOHN E. WETZEL,                      :
                                     :
      Defendant.                     :              NO. 21-1248

## DECLARATION

1.      I, Keri Moore, am presently an Assistant Chief with the Secretary's Office of Inmate Grievances & Appeals of the Pennsylvania Department of Corrections ("DOC").

2.      The Secretary's Office of Inmate Grievances & Appeals ("SOIGA") receives and handles the final appeal of grievances filed by DOC inmates, in accordance with the DOC's policy and procedure on inmate grievances, DC-ADAM 804, Inmate Grievance System.

3.      In connection with the above-captioned lawsuit, I was asked to search SOIGA's records for any grievance appeals filed by inmate Roy Lee Williams, Inmate No. CF-4784.

4.      That search uncovered records of three total grievance appeals filed by inmate Williams.

5.      The first grievance is Grievance No. 898857. A true and correct copy of all records from SOIGA related to Grievance No. 898857 is attached as Exhibit 1 to this Declaration

6.      The second grievance is Grievance No. 902000. A true and correct copy of all records from SOIGA related to Grievance No. 902000 is attached as Exhibit 2 to this Declaration.

7.      The third grievance is Grievance No. 916331. A true and correct copy of all records from SOIGA related to Grievance No. 916331 is attached as Exhibit 3 to this Declaration

I state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_1/12/2022_

Date

Keri Moore

Exhibit 1



# Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

02/17/2021 09:53

| Inmate Name: | WILLIAMS, ROY L | DOC #: | CF4784 |
|---|---|---|---|
| SCI Filed: | Phoenix | Current SCI: | Phoenix |
| Grievance #: | 898857 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| Decision: Dismiss |
|---|
| Your grievance is being dismissed at the final appeal level for the reason(s) outlined below. |
| **Rationale:** |
| • You have not provided this Office with required and/or legible documentation for proper review. |

**Response:**

You failed to provide a copy of your appeal to the Facility Manager. You are encouraged to review the DC ADM 804 in its entirety to familiarize yourself with the proper submission procedures.

| Signature: | *Keri Moore for* |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 02/17/21 |

cc:  DC-15/Superintendent - Phoenix
Grievance Office

---

2020



3103
PHX

# ACTION REQUIRED
## Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of information based on your intent to appeal the grievance noted below to final review. However, this information is being filed without action since you have failed to comply with one or more provisions outlined in DC-ADM 804, Inmate Grievance System Policy.

*Secretary's Office Inmate Grievances & Appeals*

*JAN 1 9 2021*

| Inmate Name: | ROY WILLIAMS | | Inmate Number: | CF4784 |
|---|---|---|---|---|
| SCI Filed at: | PHX | | Current SCI: | PHX |
| Grievance #: | 898857 | | | |

| Action: | File Without Action/Pending |
|---|---|

Review of the information you provided indicates that your appeal is incomplete. You are not permitted to appeal to this office unless you have complied with the procedures established in the DC-ADM 804 requiring that all documentation relevant to the appeal be provided upon appeal. Therefore, you have fifteen (15) working days from the date of this notice to provide this office with all completed documents necessary for conducting final review. A failure to provide the missing information (identified below) within this time period may result in a dismissal of your appeal. Further, any future appeals received that do not contain the required documents may result in an immediate dismissal. This notice is only a courtesy of this office and may not be provided again.

| | PLEASE FORWARD A COPY OF THE DOCUMENTS CHECKED (*XX*) BELOW |
|---|---|
| | **Standard or Remanded Appeal to Final Review:** |
| | Legible copy of your initial grievance and/or resubmitted initial grievance (DC-804 Part 1 form) |
| | Initial review response and/or rejection |
| *XX* | Legible copy of your appeal to Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Remanded initial review response |
| | Legible copy of your 2nd appeal to Facility Manager, signed & dated |
| | Remanded Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| | **Appeal of Publication Denial or Unacceptable Correspondence:** |
| | IPRC decision to deny publication |
| | Legible copy of your appeal to Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| | **Appeal of Grievance Restriction:** |
| | Grievance Coordinator's notice of grievance restriction |
| | Legible copy of your appeal of grievance restriction to the Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| **Please Note:** | |

- Photocopying Services - Each facility has established local procedures for photocopying services for inmates housed in general population, as well as for those inmates housed in specialized units. If you are not familiar with these procedures, refer to your Facility Inmate Handbook or ask your Unit Team. ***If you do not have the requested document(s) to make a photocopy, contact the Facility Grievance Coordinator, at the facility where the grievance was filed, for additional copies.*** Fees may be assessed, in accordance with the DC ADM 003.
- Indigent Inmate – If you meet the criteria for indigent status, please refer to DC ADM 803 for current guidelines regarding postage and copying charges.

| Signature: | Amanda West *A. West* | Grievance Review Officer | Date: | 01.04.2021 |
|---|---|---|---|---|

AMW

cc: DC-15/Superintendent – PHX
    Grievance Office

Dear Ms. West

Please find enclosed legible copies inmate appeal to the facility manager regarding grievance's #898857 & #902000.

Thank You,

Roy Lee Williams DOC#CF-4784

## SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| CF-4784 | ROY WILLIAMS | PB-1014 | 1/11/21 | 898857 |

I received my initial response from the Grievance Office/Coordinator on _____
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

I clearly stated in the grievance how I was effected by a facility
action.

INMATE SIGNATURE: *R. L. Williams*

2020

**ACTION REQUIRED**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of information based on your intent to appeal the grievance noted below to final review. However, this information is being filed without action since you have failed to comply with one or more provisions outlined in DC-ADM 804, Inmate Grievance System Policy.

| Inmate Name: | ROY WILLIAMS | Inmate Number: | CF4784 |
|---|---|---|---|
| SCI Filed at: | PHX | Current SCI: | PHX |

| Grievance #: | 898857 |
|---|---|

| **Action:** | **File Without Action/Pending** |
|---|---|

Review of the information you provided indicates that your appeal is incomplete. You are not permitted to appeal to this office unless you have complied with the procedures established in the DC-ADM 804 requiring that all documentation relevant to the appeal be provided upon appeal. Therefore, you have fifteen (15) working days from the date of this notice to provide this office with all completed documents necessary for conducting final review. A failure to provide the missing information (identified below) within this time period may result in a dismissal of your appeal. Further, any future appeals received that do not contain the required documents may result in an immediate dismissal. This notice is only a courtesy of this office and may not be provided again.

| | **PLEASE FORWARD A COPY OF THE DOCUMENTS CHECKED (*XX*) BELOW** |
|---|---|
| | **Standard or Remanded Appeal to Final Review:** |
| | Legible copy of your initial grievance and/or resubmitted initial grievance (DC-804 Part 1 form) |
| | Initial review response and/or rejection |
| *XX* | Legible copy of your appeal to Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Remanded initial review response |
| | Legible copy of your 2nd appeal to Facility Manager, signed & dated |
| | Remanded Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| | **Appeal of Publication Denial or Unacceptable Correspondence:** |
| | IPRC decision to deny publication |
| | Legible copy of your appeal to Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| | **Appeal of Grievance Restriction:** |
| | Grievance Coordinator's notice of grievance restriction |
| | Legible copy of your appeal of grievance restriction to the Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |

| **Please Note:** |
|---|
| • Photocopying Services - Each facility has established local procedures for photocopying services for inmates housed in general population, as well as for those inmates housed in specialized units. If you are not familiar with these procedures, refer to your Facility Inmate Handbook or ask your Unit Team. *If you do not have the requested document(s) to make a photocopy, contact the Facility Grievance Coordinator, at the facility where the grievance was filed, for additional copies.* Fees may be assessed, in accordance with the DC ADM 003. |
| • Indigent Inmate – If you meet the criteria for indigent status, please refer to DC ADM 803 for current guidelines regarding postage and copying charges. |

| Signature: | Amanda West *A. West* | Grievance Review Officer | Date: | 01.04.2021 |
|---|---|---|---|---|

AMW

cc: DC-15/Superintendent – PHX
Grievance Office

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
*898857*
GRIEVANCE NUMBER

1127
PHX

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: PHX | DATE: 11/13/20 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>ROY LEE WILLIAMS   CF-4784 | SIGNATURE OF INMATE: *R. L. Williams* | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: PB 1014 | |

Secretary's Office
Inmate Grievances & Appeals

DEC 11 2020

12/02

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

DECLARATION/AFFIDAVIT OF ROY LEE WILLIAMS PURSUANT TO 28 U.S.C
28 U.S.C. §1746 and 18 Pa.C.S. §4904

I have a mental disability and have been placed in prolonged isolation in violation under Title II of the Americans with Disabilities Act 42 U.S.C. §§12131-12134 and under the Civil Rights of Institutional Persons Act 42 U.S.C. §1997.

My mental disability has exacerbated due to the effects of prolonged isolation.

I am seeking relief in the form of monetary damages and punitive damages.

The defendant is John E. Wetzel et al,.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

Superintendent's Office
SCI Phoenix

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

NOV 13 2020
*Attachment 1-A*

Received



**Rejection Form**

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

11/13/2020 11:28

| Inmate Name: | WILLIAMS, ROY L | DOC #: | CF4784 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | P / B |
| Grievance #: | 898857 | | |

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", I have reviewed all documents provided as part of the grievance. Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below:

| Rationale: |
|---|
| • Grievance does not indicate that you were personally affected by a Department or facility action or policy. |

**Response:**

| Signature: | |
|---|---|
| Name: | G. Orlando |
| Title: | Facility Grievance Coordinator |
| Date: | |

cc: Facility Grievance Coordinator
    DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-C**     Issued: 1/26/2016  Effective: 2/16/2016

CF4784      Grievance #:898857



# Facility Manager's Appeal Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

11/24/2020 11:59

| Inmate Name: | WILLIAMS, ROY L | DOC #: | CF4784 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | P / B |
| Grievance #: | 898857 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision:Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I am in receipt of your grievance appeal in which you are issuing a declaration/affidavit of Roy L. Williams pursuant to 28 U.S.C. 28 U.S.C. 1746 and 18 PA C.S. 4904. You claim that you have a mental disability that has exacerbated due to the effects of prolonged isolation. You are seeking relief in the form of monetary damages and punitive damages. The defendant is John E. Wetzel et al.

In my investigation, I find that this grievance was rejected as grievance does not indicate that you were personally affected by a Department or facility action or policy. As per DC-ADM 804, Inmate Grievance System Procedures Manual, Section 1 – Grievances & Initial Review, A. Filing of an Initial Grievance, 20. If a grievance is rejected, the grievance may be re-submitted, using the same grievance number within five working days of the rejection notice date. A rejected grievance may only be re-submitted one time. You did not resubmit your grievance.

Additional information will not be addressed as it was not included.

I therefore, uphold the decision of the grievance officer and deny your appeal.

| Signature: | |
|---|---|
| Name | Sorber |
| Title: | Facility Manager |
| Date: | |

CC: DC-15
File

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-B                           Issued: 1/26/2016  Effective: 2/16/2016

CF4784    Grievance #:898857

WILLIAMS, ROY L                                                              Page1 of 1

## INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| CF-4784 | Roy Williams | Phoenix | 12/1/2020 | 898857 |

I received my appeal from the Superintendent on ~~11/30/2020~~ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

DECLARATION/AFFIDAVIT OF ROY LEE WILLIAMS
PURSUANT TO U.S.C. §1746 AND 18 Pa.C.S. §4904

In 1994 J. Spector Ph.D., of the mental health staff at SCI Graterford diagnosed me with having a psychiatric disability, and I was placed on the prison mental health roster.

In 1996 Billy H. Nolas, Esq., hired Barry Crown Ph.D., and Robert A. Fox, M.D., to conduct clinical examinations.

In September of that same year after conducting their clinical examinations Dr. Barry Crown diagnosed me with a neuropsychological and psychological disability and Dr. Robert Fox diagnosed me with post-traumatic stress disorder.Thereafter, Mr. Nolas sent Dr. Crown's and Dr. Fox's declaration/findings to the prison's mental health staff.

The Pennsylvania Department of Corrections were deliberately indifferent to my neuro/psychological vulnerabilities by placing me in prolonged isolation, in violation of the Eighth Amendment and Title II of the Americans with Disabilities Act 42 U.S.C. §§12131-12134 and under the Civil Rights of Institutional Persons Act 42 U.S.C. §1997.

See Department of Justice May 31, 2013 Findings Letter, https://www.justice.gov/sites/default/files/crt/legacy/2013/06/03/ cresson_findings_531-13.pdf, (finding, that the PDOC uses isolation in a way that violates the rights of prisoners with serious mental/intellectual disabilities).

continued,

INMATE SIGNATURE _R. L. Williams_

My disabilities have exacerbated due to the effects of the prolonged isolation.

I am seeking relief in the form of compensatory and punitive damages, with assistance from private consultant CRAIG HANEY, PH.D,J.D.

The defendant is John E. Wetzel, et al,.

I hereby certify that the statements set forth above are true and correct to the best of my personal knowledge, information and belief, pursuant to 28 U.S.C. §1746 and 18 Pa.C.S. §4904.

ROY LEE WILLIAMS

December 1, 2020

Exhibit 2



# Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

03/15/2021 10:22

| Inmate Name: | WILLIAMS, ROY L | DOC #: | CF4784 |
|---|---|---|---|
| SCI Filed: | Phoenix | Current SCI: | Phoenix |
| Grievance #: | 902000 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision:** Dismiss

Your grievance was properly rejected at the facility level for the reason(s) outlined below.

**Rationale:**
- The grievance or appeal was not submitted within fifteen (15) working days after the events upon which claims are based.

**Response:**

This office finds the rejection and the facility manager's appeal response is appropriate. Therefore, your appeal to this office is dismissed.

| Signature: | Keri Moore for |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 03/15/21 |

cc:  DC-15/Superintendent - Phoenix
Grievance Office

---

2021

**ACTION REQUIRED**
## Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

Secretary's Office
Inmate Grievances & Appeals

JAN 2 9 2021

This serves to acknowledge receipt of information based on your intent to appeal the grievance noted below to final review. However, this information is being filed without action since you have failed to comply with one or more provisions outlined in DC-ADM 804, Inmate Grievance System Policy.

| Inmate Name: | ROY WILLIAMS | Inmate Number: | CF4784 |
|---|---|---|---|
| SCI Filed at: | PHX | Current SCI: | PHX |
| Grievance #: | 902000 | | |

| Action: | **File Without Action/Pending** |
|---|---|

Review of the information you provided indicates that your appeal is incomplete. You are not permitted to appeal to this office unless you have complied with the procedures established in the DC-ADM 804 requiring that all documentation relevant to the appeal be provided upon appeal. Therefore, you have fifteen (15) working days from the date of this notice to provide this office with all completed documents necessary for conducting final review. A failure to provide the missing information (identified below) within this time period may result in a dismissal of your appeal. Further, any future appeals received that do not contain the required documents may result in an immediate dismissal. This notice is only a courtesy of this office and may not be provided again.

| | **PLEASE FORWARD A COPY OF THE DOCUMENTS CHECKED (XX) BELOW** |
|---|---|
| | **Standard or Remanded Appeal to Final Review:** |
| | Legible copy of your initial grievance and/or resubmitted initial grievance (DC-804 Part 1 form) |
| | Initial review response and/or rejection |
| **XX** | Legible copy of your appeal to Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Remanded initial review response |
| | Legible copy of your 2nd appeal to Facility Manager, signed & dated |
| | Remanded Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| | **Appeal of Publication Denial or Unacceptable Correspondence:** |
| | IPRC decision to deny publication / Notice of unacceptable correspondence form |
| | Legible copy of your appeal to Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| | **Appeal of Grievance Restriction:** |
| | Grievance Coordinator's notice of grievance restriction |
| | Legible copy of your appeal of grievance restriction to the Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| | **Please Note:** |

- Photocopying Services - Each facility has established local procedures for photocopying services for inmates housed in general population, as well as for those inmates housed in specialized units. If you are not familiar with these procedures, refer to your Facility Inmate Handbook or ask your Unit Team. *If you do not have the requested document(s) to make a photocopy, contact the Facility Grievance Coordinator, at the facility where the grievance was filed, for additional copies.* Fees may be assessed, in accordance with the DC ADM 003.
- Indigent Inmate – If you meet the criteria for indigent status, please refer to DC ADM 803 for current guidelines regarding postage and copying charges.

| Signature: | Amanda West *A. West* | Grievance Review Officer | Date: | 01.19.2021 |
|---|---|---|---|---|

AMW

cc: DC-15/Superintendent – PHX
    Grievance Office

SCI
## INMATE APPEAL TO FACILITY MANAGER
GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| CF-4784 | Roy L. Williams | PB  1014 | 1/25/2021 | 902000 |

I received my initial response from the Grievance Office/Coordinator on  12/2021
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

DECLARATION/AFFIDAVIT OF ROY LEE WILLIAMS
PURSUANT TO U.S.C. §1746 AND 18 Pa.C.S. §4904

1.  I Roy L. Williams aver that I have preexisting serious mental health problems that have been well documented by prison officials. Despite the known dangers, prison officials arbitrarily placed me in prolonged solitary confinement for over 25 years without any meaningful penological justification. See Porter v. Pa. Dep't of Corrs, 974 F.3d 431, 446-47 (2020).

2.  In 1994 J. Spector PH.D., of the mental health staff at SCI Graterford diagnosed me with a psychiatric disability, and I was placed on the prison's mental health roster.

3.  In 1996 the Federal Defenders Office (Billy H. Nolas, Esq.) hired Barry Crown Ph.D., and Robert A. Fox, M.D., to conduct clinical examinations. The doctors found that I suffered from neuropsychological and psychological disabilities and a vulnerability to suicide.

4.  I allege that all of this information was set forth in my records, these facts, taken together, are sufficient to support a reasonable inference that prison officials and medical personal knew or should have known of my particular vulnerability to suicide. See Palakovic v. Wetzel, 854 F.3d 209, 231-32 (2017).

5.  John E. Wetzel Sec'y Pa. Dep't of Corrs. and prison officials "deprived [me] of the minimal civilized measure of life's neccessities and acted with deliberate indifference in doing so, thereby exposing [me] to a substantial risk of serious damage to [my] future health." id. Palakovic 854 F.3d 225; Dep't of Justice May 31, 2013 Cresson Findings Letter, https://www.justice.gov.

INMATE SIGNATURE: *R. L. Williams*

## SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| | | | | 902000 |

I received my initial response from the Grievance Office/Coordinator on
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

6. My mental health problems have exacerbated due to the effects of 25 plus years of prolonged solitary confinement.

7. I am seeking relief in the amount of $1.000.000.00 in compensatory and punitive damages.

8. I hereby certify that the statements set forth above are true and correct to the best of my belief and knowledge pursuant to U.S.C. §1746 and 18 Pa.C.S. §4904.

Roy Lee Williams

Dated:   January 25, 2021

INMATE SIGNATURE:

SCI
## INMATE APPEAL TO FACILITY MANAGER
GRIEVANCE

| Inmate Number CF-4784 | NAME ROY WILLIAMS | HOUSING UNIT PB-1014 | DATE 1/11/21 | GRIEVANCE# 902000 |
|---|---|---|---|---|

I received my initial response from the Grievance Office/Coordinator on
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

Secretary's Office
Inmate Grievances & Appeals

JAN 1 9 2021

DECLARATION/AFFIDAVIT OF ROY LEE WILLIAMS
PURSUANT TO U.S.C. §1746 AND 18 Pa.C.S. §4904

In 1994 J. Spector Ph.D., of the mental health staff at SCI Graterford diagnosed me with having a psychiatric disability, and I was placed on the prison mental health roster.

In 1996 Billy H. Nolas, Esq., hired Barry Crown Ph.D., and Robert A. Fox, M.D., to conduct clinical examinations.

In September of that same year after conducting their clinical examinations Dr. Barry Crown diagnosed me with a neuropsychological and psychological disability and Dr. Robert Fox diagnosed me with post-traumatic stress disorder.Thereafter, Mr. Nolas sent Dr. Crown's and Dr. Fox's declaration/findings to the prison's mental health staff.

The Pennsylvania Department of Corrections were deliberately indifferent to my neuro/psychological vulnerabilities by placing me in prolonged isolation, in violation of the Eighth Amendment and Title II of the Americans with Disabilities Act 42 U.S.C. §§12131-12134 and under the Civil Rights of Institutional Persons Act 42 U.S.C. §1997.

See Department of Justice May 31, 2013 Findings Letter, https://www.justice.gov/sites/default/files/crt/legacy/2013/06/03/cresson_findings_531-13.pdf, (finding, that the PDOC uses isolation in a way that violates the rights of prisoners with serious mental/intellectual disabilities).

INMATE SIGNATURE: R. L. Williams

## SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# 902000 |
|---|---|---|---|---|

I received my initial response from the Grievance Office/Coordinator on
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

My disabilities have exacerbated due to the effects of the prolonged isolation.

I am seeking relief in the form of compensatory and punitive damages, with assistance from private consultant CRAIG HANEY, PH.D,J.D.

The defendant is John E. Wetzel, et al.

I hereby certify that the statements set forth above are true and correct to the best of my personal knowledge, information and belief, pursuant to 28 U.S.C. §1746 and 18 Pa.C.S. §4904.

ROY LEE WILLIAMS

December 21, 2020

INMATE SIGNATURE

2021

## ACTION REQUIRED
## Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of information based on your intent to appeal the grievance noted below to final review. However, this information is being filed without action since you have failed to comply with one or more provisions outlined in DC-ADM 804, Inmate Grievance System Policy.

| Inmate Name: | ROY WILLIAMS | | Inmate Number: | CF4784 |
|---|---|---|---|---|
| SCI Filed at: | PHX | | Current SCI: | PHX |
| Grievance #: | 902000 | | | |

| Action: | File Without Action/Pending |
|---|---|

Review of the information you provided indicates that your appeal is incomplete. You are not permitted to appeal to this office unless you have complied with the procedures established in the DC-ADM 804 requiring that all documentation relevant to the appeal be provided upon appeal. Therefore, you have fifteen (15) working days from the date of this notice to provide this office with all completed documents necessary for conducting final review. A failure to provide the missing information (identified below) within this time period may result in a dismissal of your appeal. Further, any future appeals received that do not contain the required documents may result in an immediate dismissal. This notice is only a courtesy of this office and may not be provided again.

| | PLEASE FORWARD A COPY OF THE DOCUMENTS CHECKED (*XX*) BELOW |
|---|---|
| | **Standard or Remanded Appeal to Final Review:** |
| | Legible copy of your initial grievance and/or resubmitted initial grievance (DC-804 Part 1 form) |
| | Initial review response and/or rejection |
| **XX** | Legible copy of your appeal to Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Remanded initial review response |
| | Legible copy of your 2nd appeal to Facility Manager, signed & dated |
| | Remanded Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| | **Appeal of Publication Denial or Unacceptable Correspondence:** |
| | IPRC decision to deny publication / Notice of unacceptable correspondence form |
| | Legible copy of your appeal to Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |
| | **Appeal of Grievance Restriction:** |
| | Grievance Coordinator's notice of grievance restriction |
| | Legible copy of your appeal of grievance restriction to the Facility Manager, signed & dated |
| | Facility Manager's appeal response |
| | Written appeal to final review, signed & dated |

**Please Note:**
- Photocopying Services - Each facility has established local procedures for photocopying services for inmates housed in general population, as well as for those inmates housed in specialized units. If you are not familiar with these procedures, refer to your Facility Inmate Handbook or ask your Unit Team. *If you do not have the requested document(s) to make a photocopy, contact the Facility Grievance Coordinator, at the facility where the grievance was filed, for additional copies.* Fees may be assessed, in accordance with the DC ADM 003.
- Indigent Inmate – If you meet the criteria for indigent status, please refer to DC ADM 803 for current guidelines regarding postage and copying charges.

| Signature: | Amanda West *A. West* | Grievance Review Officer | Date: | 01.19.2021 |
|---|---|---|---|---|

AMW

cc:  DC-15/Superintendent – PHX
  Grievance Office

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**



FOR OFFICIAL USE
902000
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Phoenix | DATE: 11/30/2020 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Roy Lee Williams  CF-4784 | SIGNATURE OF INMATE: *R. L. Williams* | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: PB   1014 | |

Secretary's Office
Inmate Grievances & Appeals

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

DEC 3 0 2020

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

              DECLARATION/AFFIDAVIT OF ROY LEE WILLIAMS
       PURSUANT TO U.S.C. §1746 AND 18 Pa.C.S. §4904

In 1994 J. Spector Ph.D., of the mental health staff at SCI
Graterford diagnosed me with having a psychiatric disability,
and I was placed on the prison mental health roster.

In 1996 Billy H. Nolas, Esq., hired Barry Crown Ph.D., and Robert
A. Fox, M.D., to conduct clinical examinations.

In September of that same year after conducting their clinical
examinations Dr. Barry Crown diagnosed me with a neuropsychological
and psychological disability and Dr. Robert Fox diagnosed me with
post-traumatic stress disorder.

                                          continued,

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                        Date

WHITE Facility Grievance Coordinator Copy          CANARY File Copy          PINK Action Return Copy
GOLDEN ROD Inmate Copy

Superintendent's Office
SCI Phoenix

DEC 0 1 2020



Received

*Attachment 1-A*

**DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

Thereafter, Mr. Nolas sent Dr. Crown's and Dr. Fox's declaration/findings to the prison's mental health staff.

The Pennsylvania Department of Corrections were deliberately indifferent to my neuro/psychological vulnerabilities by placing me in prolonged isolation, in violation of the Eighth Amendment and Title II of the Americans with Disabilities Act 42 U.S.C. §§12131-12134 and under the Civil Rights of Institutional Persons Act 42 U.S.C. §1997.

See Department of Justice May 31, 2013 Findings Letter, https://www.justice.gov/sites/default/files/crt/legacy/2013/06/03/cresson_findings_531-13.pdf, (finding, that the PDOC uses isolation in a way that violates the rights of prisoners with serious mental/intellectual disabilities).

My disabilities have exacerbated due to the effects of the prolonged isolation.

I am seeking relief in the form of compensatory and punitive damages, with assistance from private consultant CRAIG HANEY, PH.D,J.D.

The defendant is John E. Wetzel, et al,.

I hereby certify that the statements set forth above are true and correct to the best of my personal knowledge, information and belief, pursuant to 28 U.S.C. §1746 and 18 Pa.C.S. §4904.

ROY LEE WILLIAMS

Date: November 30, 2020



## Rejection Form

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

12/02/2020 02:45

| Inmate Name: | WILLIAMS, ROY L | DOC #: | CF4784 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | P / B  1014 |
| Grievance #: | 902000 | | |

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", I have reviewed all documents provided as part of the grievance.  Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below:

| Rationale: |
|---|
| • The grievance was not submitted within fifteen (15) working days after the events upon which claims are based. |

**Response:**

| Signature: | |
|---|---|
| Name: | G. Orlando |
| Title: | Facility Grievance Coordinator |
| Date: | |

cc: Facility Grievance Coordinator
DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-C**          Issued: 1/26/2016  Effective: 2/16/2016

CF4784      Grievance #:902000

WILLIAMS, ROY L                                                                                         Page 1 of 1



# Facility Manager's Appeal Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

12/15/2020 08:37

| Inmate Name: | WILLIAMS, ROY L | DOC #: | CF4784 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | P / B |
| Grievance #: | 902000 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

| Decision:Uphold Response |
|---|
| It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought. |

**Response:**

I am in receipt of your grievance appeal in which you claim that you were diagnosed with having a psychiatric disability in 1994. You claim that you were then diagnosed with a neuropsychological and psychological disability and post-traumatic stress disorder in 1996. You claim that the Pennsylvania Department of Corrections have been indifferent to your neuro/psychological vulnerabilities by placing you in prolonged isolation. You are seeking relief in the form of compensatory and punitive damages, with assistance from private consultant Craig Haney.

In my investigation, I find that your grievance was rejected, as grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

Additional information will not be addressed, as it was not included in the initial grievance.

I must therefore, uphold the decision of the grievance officer and deny your grievance and requested relief.

| Signature: | |
|---|---|
| Name | K. Sorber |
| Title: | Facility Manager |
| Date: | |

CC:  DC-15
       File

---

Inmate Appeal to Final Review

## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| CF-4784 | Roy L. Williams | Phoenix | 12/21 2020 | 902000 |

I received my appeal from the Superintendent on 12/ 17 2020 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

DECLARATION/AFFIDAVIT OF ROY LEE WILLIAMS
PURSUANT TO U.S.C. §1746 AND 18 Pa.C.S. §4904

In 1994 J. Spector Ph.D., of the mental health staff at SCI Graterford diagnosed me with having a psychiatric disability, and I was placed on the prison mental health roster.

In 1996 Billy H. Nolas, Esq., hired Barry Crown Ph.D., and Robert A. Fox, M.D., to conduct clinical examinations.

In September of that same year after conducting their clinical examinations Dr. Barry Crown diagnosed me with a neuropsychological and psychological disability and Dr. Robert Fox diagnosed me with post-traumatic stress disorder.Thereafter, Mr. Nolas sent Dr. Crown's and Dr. Fox's declaration/findings to the prison's mental health staff.

The Pennsylvania Department of Corrections were deliberately indifferent to my neuro/psychological vulnerabilities by placing me in prolonged isolation, in violation of the Eighth Amendment and Title II of the Americans with Disabilities Act 42 U.S.C. §§12131-12134 and under the Civil Rights of Institutional Persons Act 42 U.S.C. §1997.

See Department of Justice May 31, 2013 Findings Letter, https://www.justice.gov/sites/default/files/crt/legacy/2013/06/03/cresson_findings_531-13.pdf, (finding, that the PDOC uses isolation in a way that violates the rights of prisoners with serious mental/intellectual disabilities).

continued,

INMATE SIGNATURE: _R. L. Williams_

Inmate Appeal to Final Review

# GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| CF-4784 | Roy L. Williams | Phoenix | 12/21/2020 | 902000 |

I received my appeal from the Superintendent on ___12/17/2020___ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

My disabilities have exacerbated due to the effects of the prolonged isolation.

I am seeking relief in the form of compensatory and punitive damages, with assistance from private consultant CRAIG HANEY, PH.D,J.D.

The defendant is John E. Wetzel, et al,.

I hereby certify that the statements set forth above are true and correct to the best of my personal knowledge, information and belief, pursuant to 28 U.S.C. §1746 and 18 Pa.C.S. §4904.

*R. L. Williams*

ROY LEE WILLIAMS

December 21, 2020

INMATE SIGNATURE *R. L. Williams*

Exhibit 3

2021

# Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of information associated with your intent to appeal a grievance (identified below, if available) to final review, to communicate your concern(s) to the Secretary's Office of Grievances and Appeals, and/or to check the status of review related to your matter.

| Inmate Name: | Roy Williams | | Inmate Number: | CF4784 |
|---|---|---|---|---|
| SCI Filed at: | Phoenix | | Current SCI: | Phoenix |

| Grievance # (if available): | 916331 |
|---|---|

| | | |
|---|---|---|
| | | a) You have already received final disposition/review on this issue through this Office. |
| | | b) This Office has no prior record of receipt of an appeal from you regarding this issue. |
| | | c) You have already filed a grievance to seek review and resolution of this matter. |
| | | d) You are encouraged to work through institutional channels to resolve your complaint initially.  If unable to resolve your complaint informally, be advised that DC-ADM 804 provides a mechanism for all inmates to seek formal resolution for concerns. |
| | | e) You failed to provide the official grievance number for identification purposes. |
| | | f) Your claim to have grieved and/or appealed this concern at the institutional level without response does not entitle you to direct appeal to final review.  Rather, contact the Grievance Coordinator or Facility Manager's office regarding the status of your appeal. |
| | | g) You have not yet appealed this issue to the Facility Manager.  Final review will not be granted until you do so.  Upon receiving a response from the Facility Manager at the respective facility, you may once again submit a timely written appeal to this Office for final review.  Be sure that your appeal to this office includes **all** the necessary documents as outlined in DC ADM 804.  If **all** documents are not received with your appeal, it may be dismissed.  This response does not grant you a right to an appeal if it would otherwise have been untimely to pursue that appeal to the Superintendent. |
| | X | h) Your grievance and/or correspondence is being filed without further action for the reason(s) specified in the Comments/Action Taken section below. |
| | | i) The following action has been taken in response to the inquiry, request, or concern communicated in your letter. |

| *Comments/Action Taken:* |
|---|
| I am in receipt of the documents you have sent to our office in regards to the above listed grievance number. Your intent for sending these documents is unclear, as you did not submit an appeal to final review or any indication of what you would like us to do with these documents. Until our office receives an appeal or further correspondence from you, these documents will be filed without action. |

| Signature: | Keri Moore   *KM* | Title: | Assistant Chief Grievance Officer |
|---|---|---|---|
| Date: | 4/20/21 | | |

KLM/TAK

cc:   DC-15/Superintendent   - PHX
      Grievance Office

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
916331
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Phoenix | DATE: 2/24/2021 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Roy L. Williams  CF-4784 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: PB  1014 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

     This Grievance is submitted against John E. Wetzel who is employed by the Commonwealth of Pennsylvania, has acted under color of state law to deprive Roy Lee Williams of his constitutionally protected right to due process of law, guaranteed by the Fourteenth Amendment and his rights under Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12132-12134. Mr. Williams seeks compensatory and punitive relief to address the violation of his constitutional right and the violation the law of the United States. In support thereof Mr. Williams states the following:

    1. On December 3, 1993 I was automatically placed in the RHU, Maximum Administrative Custody ("Indefinite Solitary Confinement") at SCI Graterford due to the Dep't of Corr's. capital case housing policy.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

2.   In February 1994, a DC-ADM 472C prognosis report noted my institutional adjustment is guarded. Susceptible to situational depression, emotional deterioration may require clinical intervention. Jerrold A. Spector, Psychological services Associate.

3.   In March 1994, I sought help from SCI-Graterford's Psychological services, because I was deteriorating emotionally and having "bad thoughts", I told the psychologist that I had a history of suicidal ideation and that I was involuntarily committed to Philadelphia Psychiatric Center when I was 13 years old.

4.   After an attempted suicide I was referred to SCI-Graterford's psychology department, see DC-ADM 472C report related to this incident noting that "suicidal ideation must be taken seriously and cannot be taken lightly".

5.   In September of 1996, after two clinical examinations conducted by Robert A. Fox, M.D., and Barry Crown, Ph.D., I was diagnosed with depression, suicidal ideation, paranoia, lack of insight, problems with self-expression, difficulties with abstract thinking, information processing deficits, emotional lability, impulse control problems and that I needed to be placed in a structured, supportive environment and given consistent and intensive psychotherapy.

6.   The Dep't of Correction's policy of automatically placing all death sentenced prisoners indefinitely in solitary confinement without meaningful review has imposed an atypical and significant hardship on my mental disabilities.

7.   Title II regulation required Secretary Wetzel to reasonably modify the Department's policies, practices, and procedures when necessary, as here, to avoid discrimination against a prisoner with serious mental illness and intellectual disabilities. See Olmstead v. L.C., 527 U.S. 581, 592, 597 (1999) ("Unjustified isolation, we hold, is properly regarded as discrimination on the basis of disability.").

Dated:   2/24/2021

/s/ Roy L. Williams



**Rejection Form**

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

02/24/2021 10:53

| Inmate Name: | WILLIAMS, ROY L | DOC #: | CF4784 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | P / B |
| Grievance #: | 916331 | | |

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", I have reviewed all documents provided as part of the grievance. Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below:

| Rationale: |
|---|
| • The grievance was not submitted within fifteen (15) working days after the events upon which claims are based. |

**Response:**

| Signature: | |
|---|---|
| Name: | G. Orlando |
| Title: | Facility Grievance Coordinator |
| Date: | |

cc: Facility Grievance Coordinator
    DC-15

---

This Grievance is submitted against John E. Wetzel who is employed by the Commonwealth of Pennsylvania, has acted under color of state law to deprive Roy Lee Williams of his constitutionally protected right to due process of law, guaranteed by the Fourteenth Amendment and his rights under Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12132-12134. Mr. Williams seeks compensatory and punitive relief to address the violation of his constitutional right and the violation the law of the United States. In support thereof Mr. Williams states the following:

1. On December 3, 1993 I was automatically placed in the RHU, Maximum Administrative Custody ("Indefinite Solitary Confinement") at SCI Graterford due to the Dep't of Corr's. capital case housing policy.

2. In February 1994, a DC-ADM 472C prognosis report noted my institutional adjustment is guarded. Susceptible to situational depression, emotional deterioration may require clinical intervention. Jerrold A. Spector, Psychological services Associate.

3. In March 1994, I sought help from SCI-Graterford's Psychological services, because I was deteriorating emotionally



# Facility Manager's Appeal Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

03/02/2021 10:33

| | | | |
|---|---|---|---|
| **Inmate Name:** | WILLIAMS, ROY L | **DOC #:** | CF4784 |
| **Facility:** | Phoenix | **Unit Location:** | P / B |
| **Grievance #:** | 916331 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision:Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I am in receipt of your grievance appeal in which you claim on12/3/1993, you were placed in the RHU due to the PA Department of Corrections Capital Case housing policy. You claim that the PA Department of Correction's policy of placing al death sentenced prisoners in solitary confinement without review, has imposed atypical and significant hardship on your mental disabilities. You claim that the department's policies, practices, and procedures, when necessary, to avoid discrimination against a prisoner with serious mental illness and intellectual disabilities. You are requesting compensatory and punitive relief to address the violation of your constitutional right and the violation of the law of the United States.

In my investigation, I find that your grievance should have been rejected, as grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

I must therefore, uphold the decision of the grievance officer, and deny your appeal and requested compensatory and punitive relief.

| | |
|---|---|
| **Signature:** | |
| **Name** | K. Sorber |
| **Title:** | Facility Manager |
| **Date:** | |

CC: DC-15
File

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 2 - Appeals, Attachment 2-B**    Issued: 1/26/2016  Effective: 2/16/2016

CF4784    Grievance #:916331

WILLIAMS, ROY L    Page1 of 1