IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Roy Lee Williams, | : | |
| v. | : | 2:21-cv-0124-ER |
| John E. Wetzel, et al. | : | § 1983 Civil Rights, ADA |

## Notice of Reception

COMES NOW, the plaintiff, Roy Lee Williams, to notify this Court and the opposing party that he has, on the 23rd day of February, 2022, received the Defendants' Motion for Summary Judgment with Memorandum of Law in Support. (I had previously received the Statement of Undisputed Facts from an independent source).

Respectfully submitted,
and certified subject to 28 U.S.C. § 1746,

/s/ Roy Lee Williams                                    Date 2/25/22

---

**Certificate of Service**
I hereby certify that I have served this Notice on counsel for the defendants via first-class U.S. Mail: Kathy Le, 1600 Arch St., 3rd Floor, Philadelphia, PA 19103.

SCI- Phoenix
Name Roy Williams
Number CF 4784
1200 Mokychic Dr.
Collegeville, PA 19426

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
02/28/2022
US POSTAGE $000.53°
ZIP 19426
041M12252211

RECEIVED
MAR - 2 2022

U.S.M.S.
X-RAY

CLERK
Kate Barkman
James A Byrne
Federal Courthouse
601 Market ST.
Philadelphia PA 19106-1797