IN THE
# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Roy Lee Williams,** | ✦ | Hon. Eduardo Robreno |
| Plaintiffs, | ✦ | |
| v. | ✦ | |
| **John Wetzel,** *et al.,* | ✦ | No. 2:21-CV-01248 |
| Defendants. | ✦ | § 1983 Civil Rights Action |

## Motion to Supplement

COMES NOW, Plaintiff Roy Lee Williams, seeking leave to supplement his Memorandum of Law in Opposition to the Defendants' Motion for Summary Judgment.

At the time the plaintiff was drafting his memorandum, he was awaiting review of his DOC medical/mental health records with his criminal attorneys. Plaintiff did subsequently review his records in-person. He flagged certain records, and a summary of those records was drafted. Unfortunately, because of a mailing error, the document itself was heavily delayed.

Plaintiff seeks to attach it now, to be considered in conjunction with his memorandum in opposition. *See* exhibit A. This document shows that the defendants were aware of plaintiff's history of mental health disabilities.

**Roy Lee Williams**
SCI Phoenix, #CF4784
1200 Mokychic Drive
Collegeville, PA 19426

4-18-2022
**Date**

---

### Certificate of Service

I hereby certify that I have served this motion on counsel for the defendants via first-class U.S. Mail, on the date indicated above:
Kathy Le, Esq., 1600 Arch St., 3d Floor, Phila., PA 19103

# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## *Capital Habeas Unit*

### FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

### SUITE 545 WEST -- THE CURTIS CENTER
### 601 WALNUT STREET
### PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| ***LEIGH M. SKIPPER*** | PHONE | ***HELEN A. MARINO*** |
| CHIEF FEDERAL | NUMBER | FIRST ASSISTANT |
| DEFENDER | (215) 928-0520 | FEDERAL DEFENDER |
| | FAX NUMBER | |
| | (215) 928-0826 | |
| | FAX NUMBER | |
| | (215) 928-3508 | |

March 28, 2022

**<u>LEGAL MAIL</u>**

Roy Williams CF-4784
SCI Greene
175 Progress Drive
Waynesburg, Pa 15370

Dear Roy,

Hope you are well. I have attached a summary of the psychiatric records that we reviewed during our last visit.

Take care,

*Jahaan Shaheed*

Jahaan Shaheed, Esq.

Encls.

Record: SCI Graterford, Progress Note, date July 5, 1996
- Referred to psych for fashioning a noose in order to commit suicide
- Required intensive observation
- Transferred to the hard cell where he "finally stated" that he intended to manipulate the system to be in the MHU for telephone calls
- Not depressed
- May be seen on a p.r.n. basis while on J Block

Record: SCI Graterford, Initial Psychiatric Evaluation, dated January 29, 1996
- Referred to psychiatrist based on "depression and anxiety" on December 30, 1995
- Patient says that his psych history is limited to visits to the PPC when he was 13
- Since 13, patient has no psychiatric history and mental hospitalizations
- Presented no mental decompensation or emotional problems
- Placed on p.r.n. status

Record: SCI Graterford, Progress Note, dated July 3, 1996
- Notified C.O.s of voices telling him to kill himself
- Admits to fashioning a noose and hiding it behind blanket of cell
- Prozac was offered but patient declined
- Placed in hard cell in paper gown and indestructible mattress
- Patient requested a therapist
- Referred to psych department
- Suicidal ideation must be taken seriously if for no other reason than he verbalizes it
- Noose was found on J Block indiciated that patient may well have suicided but called for help

Record: Progress Notes, dated 8/8/02
- Past psychiatric history includes court ordered psychiatric treatment and an evaluation at 11 years old, 1996 evaluation at SCI Graterford for hallucination and suicidal ideation which later was perceived as "manipulation," no suicide attempts in past, no psychiatric admissions in past
- Seems worried and anxious

SCI-

**Name** Roy Lee Williams

**Number** CF 4784

1200 MOKYCHIC DRIVE

Collegeville, PA 19426

PA DEPARTMENT OF
CORRECTIONS

INMATE MAIL

RECEIVED

APR 20 2022

neopost
04/18/2022
US POSTAGE $000.53⁰

ZIP 19426
041M12252211

Kate Barkman, Clerk

James A. Byrne

Federal Courthouse

Rm 2609

Phila, PA 19106-1797

U.S.M.S.

LEGAL

MAIL