IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, | : | |
| | : | |
| Defendant. | : | NO. 21-1248 |

**DEFENDANT JOHN WETZEL'S SECOND
AMENDED ANSWER TO THE COMPLAINT**

Defendant John Wetzel, Secretary of the Pennsylvania Department of Corrections, by the

undersigned counsel, pursuant to the Court's Order, issued June 28, 2022 (ECF No. 29), hereby

amends[1] his answers to Plaintiff's Complaint as follows:

**PRELIMINARY STATEMENT**

1.      ***Defendant lacks sufficient knowledge or information to either admit or deny the***

***allegations; they are thus denied..***

2.      ***Defendant lacks sufficient knowledge or information to either admit or deny the***

***allegations; they are thus denied.***

3.      ***Defendant lacks sufficient knowledge or information to either admit or deny the***

***allegations; they are thus denied.***

4.      Defendant lacks sufficient knowledge or information to either admit or deny the

allegations regarding Plaintiff's mental health diagnosis; they are thus denied. The remaining

allegations constitute conclusions of law to which no response is required.

---

[1] Amended answers are shown in bold italics.

5.      Defendant lacks sufficient knowledge or information to either admit or deny the allegations regarding Plaintiff's mental health diagnosis; they are thus denied.

6.      *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

7.      *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

8.      *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

9.      *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

10.      *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

## JURISDICTION AND VENUE

11.      *Admitted that Plaintiff purports to bring this action as alleged.*

12.      *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

13.      *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

14.      *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

## PARTIES

15.     Admitted that Plaintiff Roy Lee Williams is a 56-year-old inmate. Defendant lacks sufficient knowledge or information to either admit or deny the allegations regarding Plaintiff's mental health diagnosis. The remaining allegations are denied.

16.     Admitted that Defendant Wetzel is the Secretary of the Pennsylvania Department of Corrections. The remaining allegations constitute conclusions of law to which no response is required.

17.     *Admitted that Defendant is sued in his individual and official capacities. Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations; they are thus denied*.

## FIRST CAUSE OF ACTION
### Violation of U.S. Constitution, Amendments VIII and XIV[2]

18.     Admitted.

19.     *Denied that the DOC violated Plaintiff's rights under the Eighth Amendment. Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

20.     *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

21.     *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

22.     *Defendant lacks sufficient knowledge or information to either admit or deny the allegations; they are thus denied.*

---

[2] *The cause of action based on the 14th Amendment was dismissed by Order of the Court, issued April 1, 2021 (ECF No. 7).*

## SECOND CAUSE OF ACTION
**Violations of 42 U.S.C. §§ 12143 and 12143 (Title II of the Americans with Disabilities Act) and the Fourteenth Amendment of the United States Constitution**

23.    Admitted*.*

24.    *Denied.*

25.    *Denied.*

26.    *Denied.*

27.    *Defendant lacks sufficient knowledge or information to either admit or deny the*

*allegations; they are thus denied.*

28.    *Defendant lacks sufficient knowledge or information to either admit or deny the*

*allegations; they are thus denied.*

## AFFIRMATIVE DEFENSES

1.    The claims are barred by the statute of limitations.

2.    The claims are barred for failure to exhaust administrative remedies.

3.    Defendant is entitled to qualified immunity on the claims brought under 42 U.S.C.

§ 1983.


                                        JOSH SHAPIRO
                                        ATTORNEY GENERAL

                                 BY:    /s/ Kathy A. Le
                                        KATHY A. LE
Office of Attorney General              Deputy Attorney General
1600 Arch Street, Suite 300             Attorney I.D. No. 315677
Philadelphia, PA 19103
Phone: (215) 560-2141                   KAREN M. ROMANO
Fax:    (717) 772-4526                  Chief Deputy Attorney General
                                        Chief, Civil Litigation Section

                                        Counsel for Defendant Wetzel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROY LEE WILLIAMS,                          :             CIVIL ACTION
                                           :
        Plaintiff,                         :
                                           :
                v.                         :
                                           :
JOHN E. WETZEL,                            :
                                           :
        Defendant.                         :             NO. 21-1248

## CERTIFICATE OF SERVICE

I, Kathy A. Le, hereby certify that on July 12, 2022, Defendant Wetzel's Second

Amended Answer to the Complaint has been filed electronically and is available for viewing and

downloading from the Court's Electronic Case Filing System ("ECF"). I further certify that, on

this date, I caused a true and correct copy of the foregoing document to be served by United

States first class mail to:

    Smart Communications/PA DOC
    Roy Lee Williams/CF-4784
    SCI-Phoenix
    PO Box 33028
    St. Petersburg, FL 33733


                                BY:    /s/ Kathy A. Le
                                       KATHY A. LE
                                       Deputy Attorney General