**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. WETZEL, | : | |
| Defendant. | : | NO. 21-1248 |

**ORDER**

AND NOW, this ___ day of _____, 2022, upon consideration of Plaintiff's Motion for Judgment on the Pleadings, and Defendant's Opposition thereto, it is ORDERED and DECREED that the Motion is DENIED.

BY THE COURT:

_____
Robreno, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. WETZEL, | : | |
| Defendant. | : | NO. 21-1248 |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant John Wetzel, by and through counsel, hereby oppose Plaintiff's Motion for Judgment on the Pleadings for the reasons set forth in the attached Memorandum of law.

WHEREFORE, Plaintiff's Motion for Judgment on the Pleadings should be denied.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

COMMONWEALTH OF PENNSYLVANIA   BY: /s/ Kathy A. Le
OFFICE OF ATTORNEY GENERAL      KATHY A. LE (Pa. No. 315677)
The Phoenix Building            Deputy Attorney General
1600 Arch St., 3rd Floor
Philadelphia, PA 19103
Telephone: (215) 560-2141
Fax: (717) 772-4526             KAREN M. ROMANO
kle@attorneygeneral.gov         Chief Deputy Attorney General
                                Civil Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. WETZEL, | : | |
| Defendant. | : | NO. 21-1248 |

**MEMORANDUM OF LAW IN OPPOSITION TO**
**PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant John Wetzel, by and through counsel, respectfully submits this Memorandum of Law in opposition to Plaintiff's Motion for Judgment on the Pleadings.

**I.    INTRODUCTION**

Plaintiff, a current capital case inmate in custody with the Pennsylvania Department of Corrections ("DOC"), brings this lawsuit in regards to the restrictive conditions he lived under for over twenty years on the Capital Case Housing Unit. *See* Compl. (ECF No. 2). Plaintiff brings suit against DOC Secretary John Wetzel, in his individual capacity, under 42 U.S.C. § 1983, for violations of the Eighth and Fourteenth Amendments. *See id.*, Count I. He also brings suit against Secretary Wetzel, in his official capacity,[1] for violations of Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131, *et seq*. On July 22, 2021, Defendant filed an Amended Answer to Plaintiff's Complaint. (ECF No. 19.) On January 25, 2022, Plaintiff filed a motion for judgment on the pleadings. (ECF No. 22.) As explained below, Plaintiff's motion is without merit and should be denied.

---

[1] This suit was brought originally against then-Secretary of Corrections John Wetzel, who has retired during the course of this litigation. Pursuant to Fed.R.Civ.P. 25(d), current Acting Secretary of Corrections George Little will replace retired Secretary Wetzel with respect to all claims against him in his official capacities only.

1

## II.     ARGUMENT

### A.     Standard on a Motion for Judgment on the Pleadings

A party may move for judgment on the pleadings "[a]fter the pleadings are closed—but early enough not to delay trial." Fed. R. Civ. P. 12(c). In deciding a motion for judgment on the pleadings, the Court considers the pleadings and exhibits attached thereto, matters of public record and "undisputedly authentic documents attached to the motion for judgment on the pleadings if plaintiffs' claims are based on the documents." Atiyeh v. Nat'l Fire Ins. Co. of Hartford, 742 F.Supp.2d 591, 595 (E.D. Pa. 2010). A motion for judgment on the pleadings should be granted if the movant establishes that "there are no material issues of fact, and he is entitled to judgment as a matter of law." Revell v. Port Auth. of NY, NJ, 598 F.3d 128, 134 (3d Cir. 2010). In considering a motion, the Court is required to view the pleadings in the light most favorable to the non-moving party, the defendant, and judgment on the pleadings may be granted only if, on the facts so admitted, the moving party, the plaintiff, is clearly entitled to judgment. Dyson v. General Motors Corporation, 298 Fed.Supp. 1064, 1065-1066 (E.D.Pa.1969). For the purposes of the motion, "all the allegations of the [defendant's] answer which are well pleaded are taken as true and all averments by the plaintiff which are denied by the defendant are taken as false." M. L. Lee & Co. v. American Cardboard & Packaging Corporation, 36 F.R.D. 27, 29 (E.D.Pa.1964).

### B.     Plaintiff is Not Entitled to Judgment on the Pleadings Because, Based on the Pleadings, Material Issues of Fact Exist

Plaintiff's Motion for Judgment on the Pleadings argues that Defendant did not adequately respond to certain paragraphs of the Complaint, and those allegations are deemed

admitted. Specifically, Plaintiff references the following paragraphs: ¶¶ 4, 5, 19-21 and 24-26. Plaintiff's reliance is misplaced.

Firstly, Defendant's Amended Answer denied the factual allegations of paragraphs 4 and 5. *See* Am. Ans. ¶¶ 4, 5. Secondly, paragraphs 19-21 and 24-26 state sweeping conclusions of law, which although Defendant's Amended Answer did not expressly deny them, such conclusions of law should not be deemed admissions as would a failure to expressly deny a well-plead factual allegation. *C.f.* Pirate Bay Charters, LLC v. Vachon, C.A. No. 2015-25, 2017 WL 4287196, at *1 (D.V.I. Sept. 27, 2017) ("But while a defaulted defendant is deemed to 'admit the plaintiff's well-pleaded allegations of fact,' he 'is not held to admit facts that are not well-pleaded or to admit conclusions of law.' " Cotton v. Massachusetts Mut. Life Ins. Co., 402 F.3d 1267, 1278 (11th Cir. 2005) (alteration omitted) (quoting Nishimatsu Constr. Co. v. Houston Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir. 1975)). Additionally, in light of the Court's Order, issued June 28, 2022, ordering Defendant to file a Second Amended Answer, the pleadings are not yet closed and thus Plaintiff's Motion for Judgment on the Pleadings is not proper.

Moreover, as set forth in full in Defendant's Motion for Summary Judgment, which Defendant incorporates herein, even if the well-plead facts in the Complaint were admitted, Plaintiff is not entitled to judgment as a matter of law.

Consequently, Plaintiff's Motion should be denied.

### III.   CONCLUSION

For the foregoing reasons, Defendant Wetzel requests that Plaintiff's Motion be denied.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

COMMONWEALTH OF PENNSYLVANIA        BY: /s/ Kathy A. Le

3

OFFICE OF ATTORNEY GENERAL  
The Phoenix Building  
1600 Arch St., 3rd Floor  
Philadelphia, PA 19103  
Telephone: (215) 560-2141  
Fax: (717) 772-4526  
kle@attorneygeneral.gov  

KATHY A. LE (Pa. No. 315677)  
Deputy Attorney General  

KAREN M. ROMANO  
Chief Deputy Attorney General  
Civil Litigation Section  

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, | : | |
| | : | |
| Defendant. | : | NO. 21-1248 |

## CERTIFICATE OF SERVICE

I, Kathy Le, hereby certify that, on July 12, 2022, Defendant's Opposition to Plaintiff's Motion for Judgment on the Pleadings was filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System. Additionally, I caused a true and correct copy of the foregoing Motion to be served on the following via United States first class mail:

Smart Communications/PA DOC
Roy Lee Williams/CF-4784
SCI-Phoenix
PO Box 33028
St Petersburg, Florida 33733

/s/ Kathy A. Le
Kathy A. Le