```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | : | CIVIL ACTION |
| | : | NO. 21-1248 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **20th** day of **July, 2022,** it is hereby **ORDERED** that the Clerk shall **UPDATE** the docket of this matter and include George Little, the Secretary of Corrections, as a defendant.[1]

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] As noted in the Court's July 14, 2022 order, Plaintiff initially brought a section 1983 claim against John E. Wetzel in his individual capacity, as well as a claim under the Americans with Disabilities Act ("ADA") against Wetzel in his official capacity. See Ord., ECF No. 32. Since Plaintiff filed suit, Wetzel retired and George Little has become the acting Secretary of Corrections. Pursuant to Federal Rule of Procedure 25(d), any official capacity claims should be deemed to be against the acting Secretary of Corrections. See Fed. R. Civ. P. 25(d) (An "officer's successor is automatically substituted as a party" and "[l]ater proceedings shall be in the substituted party's name."). As a result, the Court indicated that George Little would be substituted as the defendant with respect to Plaintiff's ADA claim only. Id.

In light of this, the docket shall be updated to reflect the addition of George Little as a defendant. Plaintiff's section 1983 claim remains against Wetzel in his individual capacity.