IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Roy Lee Williams, | ✧ | |
| Plaintiffs | ✧ | No. 21-CV-01248 |
| v. | ✧ | |
| John E. Wetzel, *et al.*, | ✧ | |
| Defendants. | ✧ | |

## Notice of Appeal

Notice is hereby given that Roy Lee Williams, plaintiff in the above-captioned matter, appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on July 21, 2022.

### Appellant's Statement of Questions

Did the Court err in its actions, rulings, and treatment of this case prior to the entry of the Order dated July 21, 2022? Did the Court fail to comply with the applicable rules, case law and due process standards in its actions before entry of the Order dated July 21, 2022?

Respectfully submitted,

R. L. Williams                    7/26/2022
**Roy Lee Williams**, *pro se*      Date
SCI Phoenix, #CF4784
1200 Mokychic Drive
Collegeville, PA 19426



IN THE
## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Roy Lee Williams**, Plaintiffs | ❖ ❖ | No. 21-CV-01248 |
| v. | ❖ | |
| **John E. Wetzel**, *et al.*, Defendants. | ❖ ❖ | |

## Notice of Appeal

Notice is hereby given that Roy Lee Williams, plaintiff in the above-captioned matter, appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on July 21, 2022.

### Appellant's Statement of Questions

Did the Court err in its actions, rulings, and treatment of this case prior to the entry of the Order dated July 21, 2022? Did the Court fail to comply with the applicable rules, case law and due process standards in its actions before entry of the Order dated July 21, 2022?

Respectfully submitted,

*/s/ R. L. Williams*　　　　　　　　　　　　　7/26/2022
**Roy Lee Williams**, *pro se*　　　　　　　　　**Date**
SCI Phoenix, #CF4784
1200 Mokychic Drive
Collegeville, PA 19426

SCI- Phoenix
Name Roy L. Williams
Number CF 4784
1200 Morcyhic Drive
Collegeville, PA 19426

Legal Mail

CLERK
United States District Court
Phila, PA 19106-9865